DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of G.F., a child.

T.F.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-477
_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Constance Daniels, Brandon, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Therese Ann Savona of Defending Best Interests, Rossman Barrett Hurt Donahue & McLain, Orlando; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Stephanie E. Novenario, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.